In the Matter of the Claim of ANNA GRIFFITH, Appellant, v. GRIFFITH FUEL COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.